263 So.2d 722

**NEW ORLEANS FIRE FIGHTERS ASSO-
CIATION, LOCAL 632, et al.,**

v.

**CITY OF NEW ORLEANS et al.**

No. 52519.

June 29, 1972.

## ORDER

Considering that all parties to this proceeding have petitioned the Court to review the case now and to give it a preferential assignment pursuant to Rule VIII, Section 3 of the Rules of this Court, and being of the opinion that the case is impressed with a public interest:

It is ordered that a writ of review be granted and that this case be assigned as the first case for the October term.